`IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

In re:

O'DELL, DAVID GENE                           Case No. 05-32000

Debtor(s)

**MOTION TO TRANSFER BALANCE TO REGISTRY FUND**

Comes now Norman E. Rouse, Trustee and states that there is on deposit in Chase Manhattan Bank to the credit of the above captioned estate, the sum of $23,290.03.

The sum of $23,290.03 is from funds that were returned to the trustee by JP Morgan Chase Bank as Trustee c/o Residential Funding Corporation the check was never cashed.

Wherefore Norman E. Rouse, Trustee prays that this Court enter an order allowing-said trustee to pay to the Clerk of the United State Bankruptcy Court as provided by §347 of the Bankruptcy Code, the sum of $ 23,290.03 constituted by the following

| | |
|---|---|
| JP Morgan Chase Bank as Trustee | $ 23,290.03 |
| c/o Residential Funding Corporation | |
| Total | $ 23,290.03 |

/s/ Norman E. Rouse
Norman E. Rouse, Trustee